IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BOBBY J. SMITH                                                                      PETITIONER

v.                    NO. 2:06CV00210 JFF

LINDA SANDERS,
Warden, FCC-Forrest City,
Arkansas                                                           RESPONDENT

## **JUDGMENT**

IT is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

IT IS SO ADJUDGED this 18th day of April, 2007.

                                                      /s/ John F. Forster, Jr.
                                         UNITED STATES MAGISTRATE JUDGE